UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO.  3:08mj265

RANDY L. KILCREASE

## REFERRAL AND ORDER

Referred to Magistrate Judge Miles Davis on         November 14, 2008
Type of Motion/Pleading:  Motion for Order of Dismissal
Filed by:     USA                              on 11/14/08          Document       12
(  )     Stipulated/Consented/Joint Pleading
RESPONSES:
_____    on _____ Doc.# _____
_____    on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Joanne Ahr

Deputy Clerk:

## ORDER

Upon consideration of the foregoing, it is ORDERED this **14TH** day of November, 2008, that:

(a)     The requested relief is GRANTED.

(b)     _____

_____

*Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE